IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACK KANG, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 19-00770-LPS |
| | ) | |
| v. | ) | |
| | ) | |
| FOREVER 21 RETAIL INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant, Forever 21, Inc.[1], submits this Brief in support of its Motion to Dismiss for improper venue under Rule 12(b)(3) of the Federal Rules of Civil Procedure because Plaintiff resides in California and claims that the events giving rise to his Complaint arose in Los Angeles, California, not in this Judicial District.

Pursuant to 28 U.S.C. § 1391(b), a civil action may be brought in:

1. a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

2. a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

3. if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Plaintiff alleges that he "at all times relevant and as alleged herein, is a resident of California, County of Los Angeles." (Complaint, ¶ 7.) Plaintiff then alleges, "A substantial part of the acts giving rise to Plaintiff's claims occurred in this District. Specifically, Plaintiff has been

---

[1] Forever 21, Inc. is incorrectly identified as Forever 21 Retail, Inc.

denied the full use and enjoyment of the facilities, goods, and services of Defendant's website *in Los Angeles County*." (Complaint, ¶ 10) (emphasis added).

Plaintiff cites no facts that make any connection to any actions taken by or against Plaintiff in this Judicial District. Similarly, Plaintiff cites no facts that make any connection between its website, the property at issue, and this Judicial District.

Based on Plaintiff's specific assertion that the alleged denial of his use of Defendant's facilities, goods and services of Defendant's website occurred in Los Angeles County, California where he resides, venue is improper. Accordingly, pursuant to 28 U.S.C. § 1406(a), Defendant respectfully requests that this Court dismiss the Complaint.

In the alternative, should the Court determine that justice requires a transfer of this case, Defendant requests that this Court transfer the case to the United States District Court for the Central District of California where Plaintiff resides and where he alleges the conduct giving rise to this claim occurred.

June 3, 2019

Of Counsel:

Mark T. Phillis
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
412.201.7636

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Laurence V. Cronin*                      .
Laurence V. Cronin (No. 2385)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
302.504.1680
LVC@skjlaw.com

*Attorneys for Defendant*