**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACK KANG, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 19-00770-LPS |
| | ) |
| v. | ) |
| | ) |
| FOREVER 21 RETAIL INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that, on September 29, 2019, Forever 21, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Kevin Gross, United States Bankruptcy Judge, and are being jointly administered under the lead case *Forever 21, Inc., et al.*, Case No. 19-12122-KG (collectively, the "Chapter 11 Cases"). A copy of the voluntary petition of the lead Debtor, Forever 21, Inc., is attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against any of the Debtors or against any property of each of the Debtors' bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[2]  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay with respect to the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that pleadings filed in the Chapter 11 Cases may be obtained free of charge by visiting the website of Debtors' noticing and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/Forever21 or by calling 877-510-9565.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.deb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

---

[2]  Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases.  The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

October 2, 2019                                      SMITH, KATZENSTEIN & JENKINS LLP

    */s/ Laurence V. Cronin*                .
Laurence V. Cronin (No. 2385)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
302.504.1680
LVC@skjlaw.com

Mark T. Phillis
(*Pro Hac Vice Pending*)
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
412.201.7636

*Attorneys for Defendant*