# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK KANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21 RETAIL, INC.,<br><br>Defendant. | C.A. No. 1:19-cv-770-GBW |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that this case has been resolved to the Parties' satisfaction. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree that the above-captioned action be, and upon approval are, dismissed WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

April 5, 2023
Wilmington, DE

| STAMOULIS & WEINBLATT LLC | SMITH, KATZENSTEIN & JENKINS, LLP |
|---|---|
| */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (No. 4606)<br>Richard C. Weinblatt (No. 5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>302.999.1540<br>stamoulis@swdelaw.com<br><br>Attorneys for Plaintiff | */s/ Laurence V. Cronin*<br>Laurence V. Cronin (No. 2385)<br>1000 N. West Street, Suite 1501<br>Wilmington, DE 19801<br>302.652.8400<br>LVC@skjlaw.com<br><br>Attorneys for Defendant |

SO ORDERED this _ day of ____ , 2023.

_____
United States District Judge